they could not be fent back to the Oyer and Terminer; no form of procefs for fuch purpofe is to be found in the books; but the Court muft have proceeded to try the defendant at bar by a Jury returned from Dutchefs, or have fent the caufe down to the next Circuit to be held there. The Court incline to the opinion, that in a capital cafe it would be otherwife, and that no fuch cafe could be fent down for trial.

Benfon J. fuggefted that a *certiorari* for bringing up the proceedings in like cafes ought only to be allowed in open Court.

*Vide Ludlow ads. The People, ante, page* 34.

## Concklin *vs.* Hart.

ON affidavit that witneffes were fo aged and infirm that they could not perfonally appear in Court, it was moved that their depofitions be taken, *de bene effe,* before one of the Commiffioners for taking affidavits, which was objected to, becaufe the caufe was not at iffue, and becaufe there was no precedent for fuch an application.

*Per Curiam.* This appears to be a proper cafe for granting a commiffion, and it may be applied for at any time after a fuit is inftituted.

Motion granted.